# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Bret A. Broaddus | FILED: AUGUST 6, 2008 |
| v. | 08CV4420 |
| Kevin Shields | JUDGE ST. EVE |
| | MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Kevin Shields**                                               JFB

NAME (Type or print)
Alison C. Conlon

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/ Alison C. Conlon

FIRM   Wildman, Harrold, Allen & Dixon LLP

STREET ADDRESS   225 W. Wacker Drive, 30th Floor

CITY/STATE/ZIP   Chicago, Illinois 60606

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   TELEPHONE NUMBER   312-201-2000
6272083

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☒ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☒ | ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on August 6, 2008, a true and correct copy of the foregoing **Appearance of Alison C. Conlon for Defendant Kevin Shields,** was served on the counsel below via first class mail, proper postage prepaid, by placing the same in the U.S. Mail at 225 W. Wacker Drive, Chicago, Illinois 60606, before the hour of 5:00 p.m.:

> Ariel Weissberg
> Rakesh Khanna
> Weissberg and Associates, Ltd.
> 401 S. LaSalle Street, Suite 403
> Chicago, IL  60605

> s/ Alison C. Conlon
> Alison C. Conlon (6272083)
> Wildman, Harrold, Allen & Dixon LLP
> 225 West Wacker Drive, Suite 2800
> Chicago, Illinois  60606-1229
> Phone:  (312) 201-2000
> Fax:     (312) 201-2555
>
> *Attorneys for Defendant Kevin Shields*