**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| BRET A. BROADDUS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 08-CV-4420 |
| KEVIN SHIELDS, | ) ) ) | |
| Defendant. | ) | |

**REQUEST FOR THE CLERK OF COURT TO REFUND FILING FEE**

On August 6, 2008 two payments for $350.00 were made through pay.gov while filing the Notice of Removal for this case. Receipt #2997866 is the correct filing charge for this case. As we were filing just one Notice of Removal, please refund the filing fee associated with receipt #2997741.

Dated: August 8, 2008

Respectfully submitted,

s/ Thomas I. Matyas
One of the Attorneys for Kevin Shields

Thomas I. Matyas (1796984)
Alison C. Conlon (6272083)
Wildman, Harrold, Allen & Dixon LLP
225 W. Wacker Drive, 30th Floor
Chicago, Illinois 60606
312-201-2000 (telephone)
312-201-2555 (fax)