IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRET A. BROADDUS,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN SHIELDS<br><br>Defendant. | Case No. 08-C-04420 |

**NOTICE OF FILING**

To:  Thomas I. Matyas, Esq.
Alison C. Conlon, Esq.
Wildman, Harrold, Allen & Dixon LLP
225 W. Wacker Drive, 30th Floor
Chicago, Illinois 60606
Fax No.: 312-201-2555

PLEASE TAKE NOTICE THAT on August 28, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **APPEARANCE OF ARIEL WEISSBERG,** a copy of which is attached hereto.

**BRET A. BROADDUS,** Plaintiff

By:  /s/ Ariel Weissberg
One of his attorneys

Ariel Weissberg, Esq.
Rakesh Khanna, Esq.
Weissberg and Associates, Ltd.
401 So. LaSalle--Suite 403
Chicago, IL 60605
T. (312) 663-0004
F. (312) 663-1514
Attorney No.: 91781

**CERTIFICATE OF SERVICE**

      I, Ariel Weissberg, certify that on August 28, 2008, I caused to be served **APPEARANCE OF ARIEL WEISSBERG** to the above-named party by first class U.S. mail, postage prepaid.

                                                /s/ Ariel Weissberg
                                                   Ariel Weissberg

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 1:08-cv-04420
Bret A. Broaddus, Plaintiff

    v.

Kevin Shields, Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Bret A. Broaddus, Plaintiff

| |
|---|
| NAME (Type or print) <br> Ariel Weissberg |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Ariel Weissberg |
| FIRM <br> Weissberg and Associates, Ltd. |
| STREET ADDRESS <br> 401 S. LaSalle Street, Suite 403 |
| CITY/STATE/ZIP <br> Chicago, IL 60605 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 03125591 | TELEPHONE NUMBER <br> 312-663-0004 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |