IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRET A.  BROADDUS, | ) | |
| | ) | Case No.  08-C-04420 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KEVIN SHIELDS | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

To:    Thomas I. Matyas, Esq.
       Alison C. Conlon, Esq.
       Wildman, Harrold, Allen & Dixon LLP
       225 W. Wacker Drive, 30th Floor
       Chicago, Illinois 60606
       Fax No.: 312-201-2555

PLEASE TAKE NOTICE THAT on August 28, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **APPEARANCE OF NOELLE ANSLEY,** a copy of which is attached hereto.

**BRET A. BROADDUS,** Plaintiff

By:_____/s/ Noelle Ansley_____
    One of his attorneys

Ariel Weissberg, Esq.
Rakesh Khanna, Esq.
Weissberg and Associates, Ltd.
401 So. LaSalle--Suite 403
Chicago, IL  60605
T. (312) 663-0004
F. (312) 663-1514
Attorney No.: 91781

## CERTIFICATE OF SERVICE

I, Noelle Ansley, certify that on August 28, 2008, I caused to be served **APPEARANCE OF NOELLE ANSLEY** to the above-named party by first class U.S. mail, postage prepaid.

_____/s/ Noelle Ansley_____
Noelle Ansley

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:08-cv-04420 |
|---|---|

Bret A. Broaddus, Plaintiff

v.

Kevin Shields, Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Bret A. Broaddus, Plaintiff

| NAME (Type or print) |
|---|
| Noelle Ansley |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Noelle Ansley |

| FIRM |
|---|
| Weissberg and Associates, Ltd. |

| STREET ADDRESS |
|---|
| 401 S. LaSalle Street, Suite 403 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL  60605 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6271872 | 312-663-0004 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |