IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRET A.  BROADDUS, | ) | |
| | ) | Case No.  08-C-04420 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KEVIN SHIELDS | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED NOTICE OF FILING**

To:    Thomas I. Matyas, Esq.
       Alison C. Conlon, Esq.
       Wildman, Harrold, Allen & Dixon LLP
       225 W. Wacker Drive, 30th Floor
       Chicago, Illinois 60606
       Fax No.: 312-201-2555

       PLEASE TAKE NOTICE THAT on August 28, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **APPEARANCE OF RAKESH KHANNA,** a copy of which is attached hereto.

                                          **BRET A. BROADDUS,** Plaintiff


                                          By:_____/s/ Rakesh Khanna_____
                                             One of his attorneys

Ariel Weissberg, Esq.
Rakesh Khanna, Esq.
Weissberg and Associates, Ltd.
401 So. LaSalle--Suite 403
Chicago, IL  60605
T. (312) 663-0004
F. (312) 663-1514
Attorney No.: 91781

## CERTIFICATE OF SERVICE

       I, Rakesh Khanna, certify that on August 28, 2008, I caused to be served **APPEARANCE OF RAKESH KHANNA** to the above-named party by first class U.S. mail, postage prepaid.

                                      _/s/ Rakesh Khanna_____
                                            Ariel Weissberg