IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRET A. BROADDUS, | ) | |
| | ) | Case No. 08-C-04420 |
| Plaintiff, | ) | |
| | ) | Judge Amy J. St. Eve |
| v. | ) | Room 1241 |
| | ) | |
| KEVIN SHIELDS | ) | |
| | ) | Hearing Date: September 10, 2008 |
| Defendant. | ) | Hearing Time: 8:30 a.m. |

**NOTICE OF MOTION**

To:   Thomas I. Matyas, Esq.
      Alison C. Conlon, Esq.
      Wildman, Harrold, Allen & Dixon LLP
      225 W. Wacker Drive, 30th Floor
      Chicago, Illinois 60606

PLEASE TAKE NOTICE THAT on September 10, 2008, at the hour of 8:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Amy J. St. Eve, any other judge sitting in her stead in Courtroom 1241, of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the **MOTION FOR EXTENSION OF TIME TO REPLY OR OTHERWISE PLEAD TO DEFENDANT'S AFFIRMATIVE DEFENSES AND TO ANSWER OR OTHERWISE PLEAD TO THE COUNTERCLAIM,** a copy of which is attached hereto and served upon you, and shall pray for the entry of an order in conformity with said pleading, at which time and place you may appear if you so see fit.

**BRET A. BROADDUS,** Plaintiff

By:_____/s/ Ariel Weissberg_____
        One of his attorneys

Ariel Weissberg, Esq. (Attorney No. 03125591)
Rakesh Khanna, Esq. (Attorney No. 06243244)
Weissberg and Associates, Ltd.
401 So. LaSalle--Suite 403
Chicago, IL 60605
T. (312) 663-0004
F. (312) 663-1514

**CERTIFICATE OF SERVICE**

      I, Ariel Weissberg, an attorney, hereby certify that on September 3, 2008, a true and correct copy of **MOTION FOR EXTENSION OF TIME TO REPLY OR OTHERWISE PLEAD TO DEFENDANT'S AFFIRMATIVE DEFENSES AND TO ANSWER OR OTHERWISE PLEAD TO THE COUNTERCLAIM** was served on (1) the foregoing parties by electronic mail, and (2) all parties that have filed an electronic appearance in this proceeding, via the Court's CM/ECF system. Parties may access the within instruments through the Court's CM/ECF system.

                                              /s/ Ariel Weissberg
                                               Ariel Weissberg