## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV4420      Assigned/Issued By: MGH

Judge Name: ST. EVE      Designated Magistrate Judge: COLE

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____      Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____      Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                               ☐ Alias Summons
☐ Third Party Summons                   ☐ Lis Pendens
☐ Non Wage Garnishment Summons          ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons    _____
                                        *(Victim, Against and $ Amount)*
☑ Citation to Discover Assets           ☐ Other
☐ Writ _____          _____
       *(Type of Writ)*                 *(Type of issuance)*

10 Original and 10 copies on 2/8/11 as to NORTHERN TRUST CORP.,
                            *(Date)*
BRADLEY ASSOCIATES LLC, ALLIANCE REALTY PARTNERS LLC, ALLIANCE DEVLPMT.,

(2)ALLIANCE CAPITAL REAL ESTATE GROUP INC, DAVID COCHRANE, 51 ASSOCIATES LTD

(2) Alliance Commercial Real Estate  (NOTICE FILED All Third Parties)