## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV4420      Assigned/Issued By: MGH

Judge Name: ST. EVE      Designated Magistrate Judge: COLE

---

**FEE INFORMATION**

*Amount Due:* ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____      Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____      Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons      ☐ Alias Summons

☐ Third Party Summons      ☐ Lis Pendens

☑ Non Wage Garnishment Summons      ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

_____
*(Victim, Against and $ Amount)*

☐ Citation to Discover Assets      ☐ Other

☐ Writ _____
*(Type of Writ)*

_____
*(Type of issuance)*

2 Original and 2 copies on 2/8/2011 as to _____
*(Date)*

STANDARD BANK AND TRUST CO. N/A LEGAL SERVICE DEPT.

J.P. MORGAN CHASE BANK N/A

- NOTICE FILED