

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED

FEB 0 8 2011

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| BRET A. BROADDUS, | ) |
| | ) |
| Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | ) |
| | ) |
| KEVIN SHIELDS, | ) |
| | ) |
| Defendant/Counter-Plaintiff/ | ) |
| Judgment Creditor. | ) |

Case No. 08-C-04420

Judge St. Eve
Magistrate Judge Cole

Judgment Debtor,
BRET A. BROADDUS

Address:   227 East Ontario
No. 118255
Chicago, Illinois 60611

and

Garnishee/Respondent,
J.P. Morgan Chase Bank N/A

Address: Legal Department-Any Officer,
Director or Authorized Agent
10 South Dearborn Street, 20th Floor
Chicago, Illinois 60670

Judgment Amount: $798,619.16
plus interest

Return Date: March 3, 2011

## GARNISHMENT NOTICE (NON-WAGE)

Court:

United States District Court
Northern District of Illinois
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60604

Address of Judgment Debtor:

227 East Ontario
No. 118255
Chicago, Illinois 60611

Name and Address of Attorneys
for Judgment Creditor:

Thomas I. Matyas, Esq. & Megan M. Lazar, Esq.
Wildman, Harrold, Allen & Dixon LLP

225 West Wacker Drive, Suite 2800
Chicago, Illinois 60606

Amount of Judgment:                     $798,619.16 plus interest

Name/Address of Garnishee/Respondent:   **J.P. Morgan Chase Bank N/A**
                                        **Legal Department-Any Officer,**
                                        **Director or Authorized Agent**
                                        **10 South Dearborn Street, 20th Floor**
                                        **Chicago, Illinois 60670**

Return Date:                            March 3, 2011

NOTICE:     The court has issued a garnishment summons against the Garnishee/ Respondent named above for money or property (other than wages) belonging to the judgment debtor or in which the judgment debtor has an interest.   The garnishment summons was issued on the basis of a judgment against the judgment debtor in favor of the judgment creditor in the amount stated above.

The amount of money or property (other than wages) that may be garnished is limited by federal and Illinois law.  The judgment debtor has the right to assert statutory exemptions against certain money or property of the judgment debtor which may not be used to satisfy the judgment in the amount stated above.

Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $2,000 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; workers' compensation benefits; veterans' benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $1,200 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $750 in value, in any implements, professional books or tools of the trade of the debtor.

The judgment debtor may have other possible exemptions from garnishment under the law.

The judgment debtor has the right to request a hearing before the court to dispute the garnishment or to declare exempt from garnishment certain money or property or both. To obtain a hearing in counties with a population of 1,000,000 or more, the judgment debtor must notify the Clerk of the Court in person and in writing at United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, before the return date specified above or appear in court on the date and time on that return date.  The Clerk of the Court will provide a hearing date and the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and set to the judgment creditor and the garnishee regarding the time and location of the hearing.  This notice may be sent by regular first class mail.

Kevin Shields

By: _Megan M. Lazar_____
One of the Attorneys for Judgment Creditor

Thomas I. Matyas (1796984) (matyas@wildman.com)
Megan M. Lazar (6293103) (meganlazar@wildman.com)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois  60606-1229
T:  (312) 201-2000
F:  (312) 201-2555