UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
FEB 0 8 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| BRET A. BROADDUS, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | Case No. 08-C-04420 |
| ) | |
| v. ) | Judge St. Eve |
| ) | Magistrate Judge Cole |
| KEVIN SHIELDS, ) | |
| ) | |
| Defendant/Counter-Plaintiff/ ) | |
| Judgment Creditor. ) | |
| ) | |
| Judgment Debtor, ) | Judgment Amount: $798,619.16 |
| BRET A. BROADDUS ) | plus interest |
| ) | |
| Address: 227 East Ontario ) | Return Date: March 3, 2011 |
| No. 118255 ) | |
| Chicago, Illinois 60611 ) | |
| ) | |
| and ) | |
| ) | |
| Garnishee/Respondent, ) | |
| J.P. Morgan Chase Bank N/A ) | |
| ) | |
| Address: Legal Department-Any Officer, ) | |
| Director or Authorized Agent ) | |
| 10 South Dearborn Street, 20th Floor ) | |
| Chicago, Illinois 60670 ) | |

### AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

Megan M. Lazar, an attorney, on oath states:

1. I believe Garnishee/Respondent, J.P. Morgan Chase Bank N/A is indebted to the judgment debtor, Bret A. Broaddus, other than for wages, or has in his possession, custody or control other property belonging to him or in which he has an interest.

2. The last known address of the judgment debtor is 227 East Ontario, No. 118255, Chicago, Illinois 60611. I request that summons issue directed to

2. The last known address of the judgment debtor is 227 East Ontario, No. 118255, Chicago, Illinois 60611. I request that summons issue directed to Garnishee/Respondent.

_____
Megan M. Lazar
One of the Attorneys for Judgment Creditor
Kevin Shields

Thomas I. Matyas (1796984) (matyas@wildman.com)
Megan M. Lazar (6293103) (meganlazar@wildman.com)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois 60606-1229
T: (312) 201-2000
F: (312) 201-2555

Subscribed and Sworn to before me
this 8th day of February, 2011.

_____
NOTARY PUBLIC

2

## CERTIFICATION

The undersigned certifies to the Court, under penalties as provided by law, that the following information is true:

1. Judgment in the above captioned case was entered on December 16, 2010.

2. The amount of Judgment against Bret A. Broaddus is: $798,619.16 plus interest.

BALANCE DUE JUDGMENT CREDITOR          $798,619.16 plus interest

_____
One of the Attorneys for Judgment Creditor
Kevin Shields

Thomas I. Matyas (1796984) (matyas@wildman.com)
Megan M. Lazar (6293103) (meganlazar@wildman.com)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois 60606-1229
T: (312) 201-2000
F: (312) 201-2555