**FILED**
**FEB 0 8 2011**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRET A. BROADDUS, )<br>)<br>Plaintiff/Counter-Defendant, )<br>)<br>v. )<br>)<br>KEVIN SHIELDS, )<br>)<br>Defendant/Counter-Plaintiff/ )<br>Judgment Creditor. )<br>_____ )<br>)<br>Judgment Debtor, )<br>BRET A. BROADDUS )<br>)<br>Address: 227 East Ontario )<br>No. 118255 )<br>Chicago, Illinois 60611 )<br>)<br>and )<br>)<br>Garnishee/Respondent, )<br>Standard Bank and Trust Co. N/A )<br>)<br>Address: Legal Services Dept. )<br>Operations Center )<br>7725 West 98th Street )<br>Hickory Hills, Illinois 60457 ) | Case No. 08-C-04420<br><br>Judge St. Eve<br>Magistrate Judge Cole<br><br><br><br><br>Judgment Amount: $798,619.16<br>plus interest<br><br>Return Date: March 3, 2011 |

### AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

Megan M. Lazar, an attorney, on oath states:

1. I believe Garnishee/Respondent, Standard Bank and Trust Co. N/A is indebted to the judgment debtor, Bret A. Broaddus, other than for wages, or has in his possession, custody or control other property belonging to him or in which he has an interest.

2. The last known address of the judgment debtor is 227 East Ontario, No. 118255, Chicago, Illinois 60611. I request that summons issue directed to Garnishee/Respondent.

*/s/ Megan M. Lazar*
Megan M. Lazar
One of the Attorneys for Judgment Creditor
Kevin Shields

Thomas I. Matyas (1796984) (matyas@wildman.com)
Megan M. Lazar (6293103) (meganlazar@wildman.com)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois 60606-1229
T: (312) 201-2000
F: (312) 201-2555

Subscribed and Sworn to before me
this 8th day of February, 2011.

*/s/*
NOTARY PUBLIC

2

## CERTIFICATION

The undersigned certifies to the Court, under penalties as provided by law, that the following information is true:

1. Judgment in the above captioned case was entered on December 16, 2010.

2. The amount of Judgment against Bret A. Broaddus is:   $798,619.16 plus interest.

BALANCE DUE JUDGMENT CREDITOR                         $798,619.16 plus interest

*[signature: Megan M. Lazar]*

One of the Attorneys for Judgment Creditor
Kevin Shields

Thomas I. Matyas (1796984) (matyas@wildman.com)
Megan M. Lazar (6293103) (meganlazar@wildman.com)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois 60606-1229
T: (312) 201-2000
F: (312) 201-2555

3