# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

BRET A. BROADDUS, )
)
    Plaintiff/Counter-Defendant, )
) Case No. 08-cv-4420
v. )
) Judge St. Eve
KEVIN SHIELDS, ) Magistrate Judge Cole
)
    Defendant/Counter-Plaintiff/ )
    Judgment Creditor. )
)
——————————————————— )
)
Judgment Debtor, ) PLEASE SERVE GARNISHEE/
BRET A. BROADDUS ) RESPONDENT:
)
Address: 227 East Ontario ) Standard Bank and Trust Co. N/A
    No. 118255 ) Legal Services Dept.
    Chicago, IL 60611 ) Operations Center
) 7725 West 98th Street
    and ) Hickory Hills, Illinois 60457
)
Garnishee/Respondent, )
    Standard Bank and Trust Co. N/A ) THE JUDGMENT DEBTOR IS:
)
Address: Legal Services Dept. ) An Individual
    Operations Center )
    7725 West 98th Street )
    Hickory Hills, Illinois 60457 )

## GARNISHMENT SUMMONS (NON-WAGE)

To the Garnishee/Respondent:

YOU ARE SUMMONED and required to file answers to the judgment creditor's interrogatories, in the office of the Clerk of this Court located in U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, on or before March 3, 2011.[1] However, if this summons is served on you less than 10 days before that date, you must file answers to the interrogatories on or before 14 days after that date. **IF YOU FAIL TO DO SO, A**

---

[1] 21-30 days after issuance of this summons

**CONDITIONAL JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE AMOUNT OF THE JUDGMENT UNPAID.**

To the Officer:

This summons must be returned by the officer or other persons to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than the above date.

_____
Clerk of the Court

Date: _____

_____
Deputy Clerk

_____

Note: This summons is issued pursuant to Rule 69A of the Federal Rules of Civil Procedure

---

Thomas I. Matyas (1796984) (matyas@wildman.com)
Megan M. Lazar (6293103) (meganlazar@wildman.com)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois 60606-1229
T: (312) 201-2000
F: (312) 201-2555
**Counsel for Judgment Creditor Kevin Shields**

# INTERROGATORIES TO GARNISHEE/RESPONDENT

Case No. 08-C-2240

Interrogatory: At the time of service of the garnishment summons, did you have in your custody or control any personal property or monies belonging to the judgment debtor Bret A. Broaddus?   Yes /(No) (circle one)

*FILED FEB 1 4 2011 — MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT*

## ANSWER

STANDARD BANK & TRUST CO.
7725 W. 98th Street
Hickory Hills, IL 60457

I, _____, certify under penalty of perjury that with regard to the property of the judgment debtor, the Garnishee/Respondent files the following answer to this Garnishment and on day of service of Garnishment Summons had possession of the following property of the judgment debtor:

Circle one or more of the following and indicate the amount held:

A) Savings Account (Amount withheld) $ _____

B) Checking and/or Now Account (Amount withheld) $ NONE

C) Certificate of Deposit (Amount held) $ _____

D) Money Market Account (Amount held) $ _____

E) Trust Account (Amount held) $ _____

F) Safe Deposit Box $ _____

G) Adverse Claimant: Name _____ Address _____

H) Other Personal Property (Describe) _____

Sub Total  0

Less right of offset for other loans _____
Less deduction for fees limited
by 205 ILCS 5/48.1(g)  _____

Total  0

According to the business records kept by the Garnishee/Respondent, we show the above accounts to be held in the name(s) of others in addition to the judgment debtor. Their name(s) and address(es) are as follows:

Name(s) _____  Garnishee/Agent Name  _CLARA BARBETTA_

_____  Address _STANDARD BANK & TRUST CO._
                                          _7725 W. 98th Street_
Address _____    _Hickory Hills, IL 60457_

_____  City/State/Zip _____

City/State/Zip _____  Telephone/Fax _708-876-8991_
                                                              _708-233-8942_

and we show all funds held as of ___NO FUNDS 2/9/11___
(as of date of service of Garnishment Summons)

The agent of the Garnishee/Respondent certifies under penalties as provided by law pursuant to 28 USCS § 1746 and 735 § ILCS 5/1-109 that the answers to the interrogatories are true. I further certify that I have mailed a copy of the completed interrogatories to the judgment debtor.

A copy of the answer to these interrogatories must be filed with the Clerk of the United States District Court, Northern District of Illinois, located at 219 South Dearborn Street, Chicago, Illinois 60604. In addition, a copy must be sent to one of the attorneys for the Judgment Creditor, Thomas I. Matyas or Megan M. Lazar, WILDMAN, HARROLD, ALLEN & DIXON LLP, 225 West Wacker Drive, Suite 2800, Chicago, Illinois 60606-1229.

_____
Agent for Garnishee/Respondent