## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV4420  Assigned/Issued By: JN

Judge Name: _____  Designated Magistrate Judge: _____

### FEE INFORMATION

*Amount Due:*  ☐ $350.00  ☐ $39.00  ☐ $5.00
☐ IFP  ☐ No Fee  ☐ Other _____
☐ $455.00

Number of Service Copies _____  Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____  Receipt #: _____

Date Payment Rec'd: _____  Fiscal Clerk: _____

### ISSUANCES

☐ Summons  ☐ Alias Summons
☐ Third Party Summons  ☐ Lis Pendens
☐ Non Wage Garnishment Summons  ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons  _____
_____
(Victim, Against and $ Amount)
☑ Citation to Discover Assets  ☐ Other
☐ Writ _____  _____
(Type of Writ)  _____
(Type of issuance)

1 Original and 1 copies on 3/3/11 as to LAKE FOREST BANK AND TRUST CO. NA (NO NOTICE FILED)
(Date)